IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00149-WM-12

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12. NADIA C. PASILLAS,

    Defendant.

---

## ORDER

---

Upon the motion of the United States of America, and for good cause shown, it is hereby

ORDERED that Counts Twenty-Four and Twenty-Five of the Indictment against the defendant, NADIA C. PASILLAS, be dismissed.

DATED this 22nd day of October 2007.

BY THE COURT:

_____
WALKER D. MILLER, Judge
United States District Court
District of Colorado